UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CULLEN M. HANKERSON,

    Petitioner,

v.

STEVE SINCLAIR,

    Respondent.

CASE NO. C14-5623 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION
AND
DENYING PLAINTIFF'S MOTIONS FOR PROPERTY AND STAY

[Dkt. #s 26, 27, and 28]

    The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge does hereby Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The Court dismisses the petition for the reasons set forth in the Report and Recommendation. Two of petitioner's grounds for relief are procedurally defaulted and the remaining claims challenge conditions of confinement and not his guilty plea or sentence.

    (3)    No certificate of appealability will be issued

    Plaintiff Hankerson's Motion for an Order Compelling Defendants to send his property to his current location is DENIED. Plaintiff's Motion for Stay is DENIED.

1 | The matter is DISMISSED.

4 | IT IS SO ORDERED.

5 | DATED this 23rd day of March, 2015.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[DKT. #S 26, 27, AND 28] - 2